**Order filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00186-CV

_____

## IN THE INTEREST OF C.M.C., C.E.C, G.L.C. A/K/A G.C., Children

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2006-03268J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **March 26, 2012.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM